No. 82–1512.   AAA LIQUORS, INC., ET AL. *v.* JOSEPH E. SEAGRAM & SONS, INC., DBA CALVERT DISTILLERS CO. ET AL.   C. A. 10th Cir.   Certiorari denied.   JUSTICE WHITE and JUSTICE MARSHALL would grant certiorari.

No. 82–1523.   KELLER *v.* MCDANIEL ET AL.   C. A. 7th Cir.   Certiorari denied.   JUSTICE BRENNAN took no part in the consideration or decision of this petition.